UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                        -against-

    RASHAWN VARRA,

                        Defendant.
------------------------------------------------------------X

23 Cr. 39 (KPF)

ORDER

KATHERINE POLK FAILLA, United States District Judge:

       It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

    - *Drug Testing and Treatment as directed by Pretrial Services.*

SO ORDERED.

Dated:     August 18, 2023
               New York, New York

                                                  Katherine Polk Failla
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge