UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 23 Cr. 39 (KPF) |
| RASHAWN VARRA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a Bail Violation Hearing on **January 3, 2024**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: December 27, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge