LAW OFFICE OF
## JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-619-6742

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

May 9, 2024

**BY ECF**

Hon. Katherine Polk Failla, District Judge  
United States District Court for the  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007



Re: *United States v. Rashawn Varra*, 23 Cr. 39 (KPF).

Dear Judge Failla:

My client, Rashawn Varra, has been participating in the Advocacy Program run by the Center for Employment Opportunities ("CEO.") He was also employed by CEO and obtained his current job through them.

On May 13th, a group from CEO will be traveling to Albany for a day of rallies and meetings concerning mass incarceration and alternatives to it (see attached flyer). I request that Mr. Varra, whose travel is currently limited to the Southern and Eastern Districts of New York, be permitted to travel to Albany and participate as part of the CEO group. (Mr. Varra is no longer subject to a curfew, but is subject to stand-alone GPS location monitoring.)

I have spoken with A.U.S.A. Brandon Harper, who said the Government defers to Pretrial Services concerning our request. I have also spoken with U.S. Pretrial Services Officer Marlon Ovalles, who said Pretrial Services does not object to it.

Thank you for your attention to this application.

Very truly yours,

/s  
Jesse M. Siegel

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 40.

Dated:   May 10, 2024          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE