LAW OFFICE OF
JESSE M. SIEGEL

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

June 3, 2024

**BY ECF**

Hon. Katherine Polk Failla, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



Re: *United States v. Rashawn Varra*, 23 Cr. 39 (KPF).

Dear Judge Failla:

    My client, Rashawn Varra, is subject to conditions of release that include travel restricted to the Southern and Eastern Districts of New York. I request that he be permitted to travel to Edwardsville, PA, from June 11th through June 13th, in order to visit his 3-year-old daughter. She lives there with her mother and two siblings. If the Court grants this request, he will provide his itinerary to Pretrial Services.

    I have spoken with A.U.S.A. Brandon Harper, who defers to Pretrial Services. I have also spoken with U.S. Pretrial Services Officer Marlon Ovalles, who does not object to the request.

    Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

```
Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket entry 44.
                                        SO ORDERED.

Dated:   June 4, 2024
         New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE