UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RASHAWN VARRA,

Defendant.

**ORDER**

23 Cr. 39

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated today in open court, Defendant Rashawn Varra is remanded

to the custody of the United States Marshal.

Dated:  New York, New York
         May 11, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Part I