UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

RASHAWN VARRA,

Defendant.

23 Cr. 39 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference scheduled for August 26, 2026, at 3:00 p.m. is hereby ADJOURNED to October 14, 2026, at 2:30 p.m.

SO ORDERED.

Dated: August 21, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge