LAW OFFICE OF
JESSE M. SIEGEL
133C New York Avenue
(Tel) 212-207-9009 Huntington, NY 11743 JesseMSiegel@aol.com

August 25, 2026

MEMO ENDORSED

**BY ECF**

Hon. Katherine Polk Failla, District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Rashawn Varra*, 23 Cr. 39 (KPF) (VOSR).

Dear Judge Failla:

I am CJA counsel to Rashawn Varra. Mr. Varra has asked me to request that he be appointed another attorney.

I do not oppose his request. There has clearly been a breakdown in communications between us, and he might be better served by starting over with another attorney. Mr. Varra has not previously requested another attorney.

Should the Court wish to schedule an appearance to address this matter, I am already scheduled to be in the courthouse for appearances on September 2nd at 11:00 and September 9th at 2:30, and would appreciate it if we could appear on one of those days. If neither of these is convenient for the Court, I can be available on other days, as well.

Thank you for your attention to this application.

Very truly yours,

/s/ Jesse M. Siegel
Jesse M. Siegel

The Court thanks Mr. Siegel for the update regarding Mr. Varra's request to substitute counsel.

The Government and defense counsel for Mr. Varra are hereby ORDERED to appear for a change of counsel hearing on **September 9, 2026, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: August 26, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE